**Order entered January 6, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00542-CV

## CAROLYN WAID, Appellant

## V.

## TARGET CORPORATION, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00729-E**

### ORDER

Before the Court is appellant's January 4, 2021 motion for leave to supplement her brief on the merits with record citations from a requested supplemental clerk's record that has not yet been filed. We **GRANT** the motion as follows. We **ORDER** Dallas County Clerk John Warren to file, within ten days of the date of this order, a supplemental clerk's record with the documents set forth in appellant's January 4, 2021 letter to the trial court clerk. Appellant shall file an

amended brief with complete citations within five days of the filing of the supplemental clerk's record.

We **DIRECT** the Clerk of this Court to send a copy of this order to Mr. Warren and all parties.

/s/ ERIN A. NOWELL
   JUSTICE